No. 95–5207. COOPER *v.* OKLAHOMA. Ct. Crim. App. Okla. [Certiorari granted, *ante,* p. 910.] Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted.

No. 95–6383. SIMS *v.* BARKLEY, SUPERINTENDENT, RIVERVIEW CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until January 2, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 95–6371. IN RE WILLIAMS; and
No. 95–6644. IN RE SOLIMINE. Petitions for writs of mandamus denied.

No. 94–2053. NELSON ET AL. *v.* MURPHY, ACTING DIRECTOR, DEPARTMENT OF MENTAL HEALTH AND DEVELOPMENTAL DISABILITIES OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–179. MAYORGA-PEREZ *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 95–211. QUINN ET AL. *v.* PITOFSKY, CHAIRMAN, FEDERAL TRADE COMMISSION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–226. HAVERSAT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–349. SIGUEL *v.* ALLSTATE LIFE INSURANCE CO. C. A. 1st Cir. Certiorari denied.

No. 95–385. BRAM *v.* CITY OF CLEVELAND ET AL. Sup. Ct. Ohio. Certiorari denied.